**Amended Petition for Writ of Mandamus Denied and Memorandum Opinion filed June 10, 2022.**



In The

# Fourteenth Court of Appeals

---

### NO. 14-22-00400-CV

---

### IN RE JOE SELVERA AND TINA SELVERA, Relators

---

**ORIGINAL PROCEEDING
WRIT OF MANDAMUS
Probate Court
Galveston County, Texas
Trial Court Cause No. PR-0082112**

---

### MEMORANDUM OPINION

On June 9, 2022, relators Joe Selvera and Tina Selvera filed an amended petition for writ of mandamus in this court. *See* Tex. Gov't Code Ann. § 22.221; *see also* Tex. R. App. P. 52. In the petition, relators ask this court to compel the Honorable Kimberly Sullivan, presiding judge of the Probate Court of Galveston County, to vacate her April 11, 2022 temporary restraining order and dismiss the injunction proceeding in its entirety.

Relators have not established that they are entitled to mandamus relief. Accordingly, we deny relators' amended petition for writ of mandamus. We also deny relators' motion for emergency stay.

PER CURIAM

Panel consists of Justices Zimmerer, Spain, and Poissant.